**18-41123**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re
Monica Audrey Falcon

Case No. **18-41123**

_____ Debtor. /

**CREDITOR MATRIX COVER SHEET**

FILED
MAY 14 2018
BANKRUPTCY COURT
OAKLAND, CALIFORNIA

I declare that the attached Creditor Mailing Matrix, consisting of  1  sheet, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 05/14/2018

X _____
Signature of Pro Per Debtor

Autoreturn
450 7th St.
San Francisco, CA 94103


Bank of America
P.O. Box 982238
El Paso, TX 79998


Barrett Daffin Frappier Treder & Weiss,
LLP
20955 Pathfinder Road, Suite 300
Diamond Bar, CA 91765


Christy A. Pinney
5513 Brampton Way
Sacramento, CA 95835


Franchise Tax Board
Bankruptcy Section, MS A340
P.O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
Central Insolvency Group
P.O. Box 7346
Philadelphia, PA 19101-7346


Mr. Cooper Mortgage
8950 Cypress Waters Blvd.
Coppell, TX 75019