UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

*In Re:*

Chapter 13
Case No. 18-41123-WJL-13

MONICA AUDREY FALCON, **Debtor,**
THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7, **Creditor,**

---

### NOTICE OF APPEARANCE AND REQUEST TO RECEIVE NOTICES

---

Comes now BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP pursuant to Bankruptcy Rules 2002, 9007, 9008 and 9010, and files this Notice of Appearance and Demand for Service of Papers as Counsel for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7, party in interest in the captioned proceedings.

Request is hereby made that all notices given or required to be given in this case and in any cases consolidated herewith, and all papers served or required to be served in this case and in any cases consolidated herewith, be given to and served upon the undersigned attorneys at the address and telephone number as follows:

**BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP**
4004 Belt Line Rd Ste. 100
ADDISON, TX 75001
(972) 341-0500

This request encompasses all notices and pleadings including, without limitation, notices of any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve counsel for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7 with any summons and complaint or any service of process under Bankruptcy Rule 7001, et. seq. The undersigned firm will not accept service of process in any adversary case for THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK AS SUCCESSOR IN INTEREST TO JP MORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II TRUST 2006-AR7 MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-AR7.

BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP, additionally requests that the Debtor and the Clerk of the Court place the name and address of the undersigned attorney

on any mailing matrix to be prepared or existing in the above-numbered case, and on any list of creditors to be prepared or existing in the above-numbered bankruptcy case.

        BARRETT DAFFIN FRAPPIER
        TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER    05/17/2018
     EDWARD A. TREDER
     CA NO. 116307
     BARRETT DAFFIN FRAPPIER TREDER & WEISS, LLP
     20955 PATHFINDER ROAD SUITE 300
     DIAMOND BAR, CA 91765
     Phone: (626) 915-5714, Fax: (972) 661-7726
     E-mail: NDCAECF@BDFGROUP.COM
     ATTORNEY FOR CREDITOR

# CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, a true and correct copy of the Notice of Appearance and Request for Duplicate Notice was served via electronic means as listed on the Court's ECF noticing system or by regular first class mail to the parties listed on the attached list.

Respectfully submitted,

BARRETT DAFFIN FRAPPIER
TREDER & WEISS, LLP

BY: /s/ EDWARD A. TREDER       05/17/2018
    EDWARD A. TREDER
    CA NO. 116307
    BARRETT DAFFIN FRAPPIER TREDER &
    WEISS, LLP
    20955 PATHFINDER ROAD SUITE 300
    DIAMOND BAR, CA 91765
    Phone: (626) 915-5714, Fax: (972) 661-7726
    E-mail: NDCAECF@BDFGROUP.COM
    ATTORNEY FOR CREDITOR

**BY ELECTRONIC NOTICE OR REGULAR FIRST CLASS MAIL:**

**DEBTOR:**
MONICA AUDREY FALCON
6401 LEONA ST
OAKLAND, CA 94605

MONICA AUDREY FALCON
6401 LEONA STREET
OAKLAND, CA 94605

**DEBTOR'S ATTORNEY:**
PRO SE

**TRUSTEE:**
MARTHA G. BRONITSKY
P.O. BOX 5004
HAYWARD, CA 94540